ED MEHRABI (SBN 299120)
SAG-AFTRA
5757 Wilshire Boulevard, 7th Floor
Los Angeles, California 90036-3600
Telephone: (323) 549-6564
Facsimile: (323) 549-6624
Ed.Mehrabi@sagaftra.org

JS-6

Attorney for Petitioner
Screen Actors Guild - American Federation
of Television and Radio Artists

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, on behalf of Affected Performers,<br><br>Petitioner,<br><br>v.<br><br>RVW PRODUCTIONS CORP.,<br><br>Respondent. | Case No.: 2:23-CV-9131-DDP (SSCx)<br><br>**JUDGMENT** |

The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of petitioner Screen Actors Guild-American Federation of Television and Radio Artists came before the Court.

Having considered all of the pleadings and arguments submitted by the parties in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of hearing:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1.    The arbitration award in favor of Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc., ("SAG-AFTRA") and against RVW Productions Corp. ("Respondent"), SAG-AFTRA Case No. 12932, dated November 14, 2019, is confirmed in all respects.

2.    Respondent is ordered to pay as follows:

    (a)    To SAG-AFTRA, on behalf of affected performers, the sum of $378,603.23;

    (b)    To SAG-AFTRA for its attorney's fees incurred in this action, the sum of $2,984.00; and

    (c)    To SAG-AFTRA for its costs incurred in this action, the sum of $402.00.

3.    SAG-AFTRA is hereby granted an assignment of Respondent's accounts receivable from the distribution, exhibition, exploitation or other use of the motion picture entitled *"Roe v. Wade"* aka *"1973"* anywhere in the world until the amounts due are paid in full.

4.    SAG-AFTRA is authorized to engage in any of the remedial actions provided for in the Security Agreement.

5.    The parties are to split any arbitrator fees.

Dated: March 11, 2024

_____
DEAN D. PREGERSON
Judge of the United States District Court